[No. 20368.  Department One.  June 27, 1927.]

FRANK L. HORSFALL, *Respondent*, v. MRS. G. NAHER
et al., *Appellants*.[1]

[1] MUNICIPAL CORPORATIONS (379, 389)—USE OF STREETS—COLLISION
AT CROSSING—RIGHT OF WAY.  In an action for damages through
a collision of automobiles in a street intersection, findings that
plaintiff was first in the intersection and not at fault, are sus-
tained where it appears that the front part of defendant's car
collided with the left rear part of plaintiff's car which was on
the right of the defendants.

Appeal from a judgment of the superior court for
King county, Paul, J., entered February 13, 1926, upon
findings in favor of the plaintiff, in an action for dam-
ages resulting from a collision of automobiles.  Af-
firmed.

*Fred H. Peterson* and *Stuart D. Barker*, for appel-
lants.

*Van Dyke & Thomas*, for respondent.

FRENCH, J.—This is an action for damages arising
out of a collision between two automobiles, the colli-
sion occurring at the intersection of Fifteenth Avenue
North and East Roy street in the city of Seattle.  Re-
spondent's car was being driven in an easterly direc-
tion on the right side of Roy street.  Appellants' car
was being driven in a southerly direction on Fifteenth
Avenue North.  The testimony conclusively shows that
the front part of appellants' car and the rear left part
of respondent's car came in contact.  Both drivers
claim to have entered the intersection first, and each
claimed the right of way.

[1]  There are many pages of typewritten testi-
mony, certain photographs and certain admitted facts.
An examination of the record, taking into considera-

¹Reported in 257 Pac. 1118.

tion particularly that the front part of appellants' car collided with the left rear part of respondent's car, and that respondent's car was on the right of appellants' car convinces us that the findings of the trial court were right.

The judgment is affirmed.

Mackintosh, C. J., Fullerton, Main, and Mitchell, JJ., concur.